910

No. 01–5229. BLACKSTONE v. UNITED STATES; and

No. 01–5396. GAINES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 8 Fed. Appx. 635.

No. 01–5230. STRAKA v. CAMDEN COUNTY. Sup. Ct. N. J. Certiorari denied.

No. 01–5231. BEHRENS v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–5232. CAMPBELL v. BRUNELLE, SUPERINTENDENT, WYOMING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5233. DELATORRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5234. COOPER v. LORD, SUPERINTENDENT, BEDFORD HILLS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5235. BARRETT v. NBC/NBC–KPVI CHANNEL 6 ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5236. SIMECEK v. TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 01–5237. OSORIO-SILOVAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5238. NAVA-RUIZ, AKA MORENO-LOPEZ v. UNITED STATES; and SANCHEZ-ZAVALA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 705.

No. 01–5239. PUGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5240. HOLMAN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–5241. JOHNSON v. NEILSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5242. GULOSH v. SEIDNER, WARDEN. C. A. 6th Cir. Certiorari denied.